IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **5:06-CR-225-KOB-JEO** |
| ) | **[Superseding]** |
| **FREDDIE DALE YOUNG** ) | |
| **and** ) | |
| **JOSHUA CLARK** ) | |

## MOTION TO DISMISS THE SUPERSEDING INDICTMENT AS TO DEFENDANT JOSHUA CLARK

COMES NOW the United States of America, by and through its counsel, Alice H. Martin, United States Attorney, for the Northern District of Alabama, and Joseph P. Montminy, Assistant United States Attorney, and hereby moves to dismiss the indictment without prejudice as to **defendant JOSHUA CLARK _ONLY_** .

The government hereby moves to dismiss the superseding indictment without prejudice as to defendant **Joshua Clark** only.

Respectfully submitted this the 26th day of January, 2007.

ALICE H. MARTIN
United States Attorney

/S/
JOSEPH P. MONTMINY
Assistant United States Attorney